~~BROTHERS~~ *(scribbled out)*

- This is a proffer about the Lamont Sapp bullshit murder for Hire ~~Higher~~ on Rocky. But they asked a few "Leading" questions as a build up for a better understanding of my history with the Roberts family.. "Then" they mixed in "Alot" of bullshit from "other" 302's into mine, to make shit sound good for them.. They left out all of the truthful "shit" that was discussed because it was very damaging to David, Rocky, Ron & Werth's. Creidability. "ALOT".. My attorney is on top of it and is writing a motion on it.. And I've ~~found~~ found out that during investigations by defence "ALOT" of people "ARE NOT" taking the stand, and that when asked about what was said in there interviews, they said it was far from truthful. "BUT" the people who "ARE" testifiing and on the list, they will be testifing to their statements "AS written".. And obviously I'm not fucking testifing because I'm in Trial! and facing fucking "Life" because of pice of shit lie'n punk motherfuckers, and a cupple lie'n @ Dope feen cunts, try'n to "Do the right thing" Like Byrd said, and do, and say, "what-ever" the fuck they need to that Help the Govt, and get outta the trouble their in.. Look at Ronnie.. He's look at a sentence

*(left margin: which are relevant to me.)*

with a 5K1 in the range of 5yrs to 7½yrs! Ron, Dave, Cookie, Donna, April, are all recieving payments of less time,

*(left margin: That's only "5" out of the "80" something fucks on the list.. T.S.I.A.)*

dropped charges, ect, ect.. And all of the above are seeking witness protection for testifing.. which meen's they'll "try'n" fuck anyone and say "ANYTHING" then di'sipear.. Like Byrd & that fat cunt Billy Wadd, Madd Anthony Also I don't know what else is in question, but even with ~~all~~ the mixed in bullshit that I didn't say & what the Govt choose to leave out.. Does not include

\* TEAR THIS UP AND THROW AWAY AFTER IT'S Read. He
NO PAPER TRAILS. — Lyns.
T.S.I.A

Any testamony ABOUT Anything ABOUT THE DDm/c or the BROTHERS. "OR" FOR A MATTER OF fact An EVEN MORE important FACT... It SAYS Nothing NOT ONE WORD of Any one who HAPPENS TO BE IN "A" trial GROUP.. And AS FAR AS Any OTHER TRIAL GROUPS WE DONT, or wont Know? Who is STILL going the DISTANCE UNTILL they physically STEP into THE BOX... Look AT GARY DROPPING OUT IN the last SECOND A DAY BEFORE TRIAL.. So WHAT IS IMPORTANT IS THE IMEDIATE TRUTH AND imediate, SITUATION'S & CIRCUMSTANCES.. NOT WHAT IF'S.. When your looking FOR ANSWERS you cant RUN FROM the TRUTH.. THESE AREN'T times OF "WHAT IF" It's A time FOR "what it is".. AND FINDING A Solution to the LIES..

FOREVER TOGETHER W. HEREVER

THE FUTURE BELONGS TO THOSE WHO Build..
NOT TO THOSE WHO DESTORY!!

ONE FOR ALL

4 2 4

T.S.I.A

D
D
F
F

One thing I've learned is that whoevers pointing the finger, OR SPREADING DOUBT AMONST THE Strong, THE ones fighting the Honest FIGHT.. Historicaly ARE DIVERTING ATTENTION AWAY FROM THEM- SELF's BECUSE OF the Court that LIES give.

D
D

*Production VIII*  
*"100% Vote For BACK*  
*- 031212 = Page = 82/129*  
*#11*

PAGE 2                                      ATTORNEY CLIENT PRIVILEGE



1-





8:55 AM

"039684" who is Danny in #3?