UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

    *Plaintiff,*

vs

**D-5 JEFF GARVIN SMITH,**

    *Defendant.*

Case No. 11-20129
Hon. Robert H. Cleland

_____

## DEMAND FOR RIGHT TO RETAIN A JURY TO DECIDE FORFEITURE

NOW COMES, the above-captioned Defendant, D-5 JEFF GARVIN SMITH, by and through his attorney, Jerome Sabbota, and moves pursuant to Rule 32.2(b)(5)(A) of the Federal Rules of Criminal Procedure that Jeff Garvin Smith demands to retain the jury to determine the forfeitability of specific property if the jury returns a guilty verdict.

Respectfully submitted,

*s/Jerome Sabbota*
RIBITWER & SABBOTA, LLP
26862 Woodward Avenue, Unit 200
Royal Oak, Michigan 48067
(248) 543-8000
contact@ribitwersabbota.com
P25892

DATED: December 11, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2014, I electronically filed the foregoing document with the Clerk of the Court using the ECF System, which will send notification of such filing to all parties of record.

*/s/ Jerome Sabbota*
Jerome Sabbota
contact@ribitwersabbota.com