21 U.S.C. § 853 and 28 U.S.C. § 2461(c), includes, but is not limited to, the

following:

| 1B | ITEM | DATE SEIZED/ FIRE DATE | SEIZED FROM | SEIZURE LOCATION |
|---|---|---|---|---|
| 1044 | Glock Handgun, Model 27, S/N LHH-396, .40 caliber with magazine (1B1045) and ten rounds of ammunition (1B1046) | 1/25/2011 | Christopher R. Cook | |
| 729 | One Hortilux growth light, Model LU 600S/HTL/EN, 600 watts and one Hortilux growth light, Model LU 400S/HTL/EN, 400 watts | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 732 | One Verizon wireless with power cord, LG VX9900, S/N 708KPFX1059467 | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 738 | One Verizon wireless Palm Treo phone with one power cord, Model PM1-07022007 S/N PWVC0CA5H0PX and one Verizon Wireless Palm Treo phone, Model PM1-07052007, S/N PWVC0CR6H476 | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 739 | One Verizon wireless Palm Treo phone, Model 700WX, S/N PXVC04V7H1YB | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 744 | One blue plastic container with affixed pipes with lid | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 745 | One bag of hydroton | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 746 | One bag of miscellaneous hydro growing items | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 747 | One Rubbermaid drinking water orange cooler of miscellaneous hydro growing items | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |

2

| 748 | Two four liter jugs of BC grow | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 753 | One Verizon cellular LG phone, Model VX9900, S/N 701KPY20264586 | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 731 | One black scope, Charles Daly, S/N 885SGM | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 757 | Five shotgun shells | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 758 | Two 12-gauge shotgun shells | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 759 | Four shotgun shells | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 760 | One shotgun shell | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 761 | Three shotgun shells | 12/11/2007 | Danny R. Burby | 9795 Lee Street, Algonac, MI |
| 1148 | Two Patches "body shop forman" "we are who we are" | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1149 | Five Devils Diciples business cards | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1151 | Two Devils Diciples bandanas | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1152 | One Devils Diciples challenge coin | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1153 | Four shirts, three Devils Diciples white shirts, one "watch out for the alphabet boys, fbi, atf, etc) | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1154 | One white Lions football jersey with #44 | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1157 | One Blue metallic bolt with Devils Diciples markings | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1159 | Canon Power Shot digital camera, Model SD1400IS, S/N 082063034365 | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1160 | One Blue Devils Diciples nylon jacket | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1161 | One black leather next of kin vest | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1163 | Motorcycle helmet, black motorcycle helmet with Devils Diciples stickers | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |

3

| 1165 | 2004 Harley Davidson, VIN: 1HD1BHY144Y053638, Lic. Plate: AF807 | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
|---|---|---|---|---|
| 1166 | One Silver "D" belt buckle | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1192 | Two multi-finger rings, gold colored | 5/31/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1193 | One black leather Devils Diciples vest containing various Devils Diciples patches | 5/31/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1117 | Approx. forty-two Winchester 20-gauge shotgun shells and five rounds of miscellaneous ammunition | 1/18/2012 | David R. Drozdowski | 11123 Maurice St., Fair Haven, MI |
| 1102 | One leather vest with Devils Diciples colors and Alabama, one leather vest with various Devils Diciples patches and pins | 10/3/2011 | David T. Roberts | 26701 Kathy, Roseville, MI |
| 1103 | One leather vest Devils Diciples colors, Michigan. one leather vest with various Devils Diciples patches and pins | 10/3/2011 | David T. Roberts | 26701 Kathy, Roseville, MI |
| 1106 | Framed Devils Diciples patches and business cards, three picture frames with various Devils Diciples patches | 10/3/2011 | David T. Roberts | 26701 Kathy, Roseville, MI |
| 536 | Roaring '20's Slot Machine, Bally's (Manufacturer), Model S62M3CT-10, S/N 5970519159 | 11/15/2007 | Devils Diciples Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 543 | Devils Diciples 2003 Calendar | 11/15/2007 | Devils Diciples Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 545 | One Maxell CD-R, 700 mb, Devils Diciples by-laws | 11/15/2007 | Devils Diciples Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 516 | $93.25 removed from Slot Machine in 1B 516 | 11/15/2007 | Devils Diciples Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 536 | $16.75 removed from Slot Machine in 1B 536 | 11/15/2007 | Devils Diciples Blue Water Club House | 7982 Arnold Road, Ira Twp, MI |
| 268 | Nine framed Devils Diciples mirrors | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |

4

| 269 | One framed photograph of Devils Diciples members | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
|---|---|---|---|---|
| 270 | Black leather vest with Devils Diciples patches on the back | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 271 | Black leather vest with Devils Diciples patches on the back, black leather vest with miscellaneous Devils Diciples patches | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 272 | One black leather vest with Devils Diciples patches on the back, black leather vest with miscellaneous Devils Diciples patches | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 273 | One black leather vest with Devils Diciples patches on the back, black leather vest with miscellaneous Devils Diciples patches and pins | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 274 | One black leather vest with Devils Diciples patches on the back, one black leather vest with miscellaneous Devils Diciples patches and pins | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 275 | One black leather vest with Devils Diciples patches on the back | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 276 | One black leather vest with Devils Diciples patches on the back, one black leather vest with miscellaneous Devils Diciples patches and pins | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 277 | Miscellaneous Devils Diciples memorabilia, miscellaneous Devils Diciples patches | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 287 | Devils Diciples flag and business card | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 288 | Miscellaneous Devils Diciples shirts, twelve miscellaneous clothing items | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 293 | Two Devils Diciples plaques | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |

| 295 | One Devils Diciples plaque | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 297 | One Sentry model 1110 safe | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 299 | One black leather vest with Devils Diciples patches on the back, one black leather vest with miscellaneous Devils Diciples patches and pins | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 300 | One black leather vest with Devils Diciples patches on the back | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 301 | One Lite Industries green protective vest | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 302 | One black Devils Diciples blanket | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 306 | Miscellaneous Devils Diciples memorabilia, miscellaneous Devils Diciples patches | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 315 | Eight picture frames, eight picture frames of Devils Diciples members | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 317 | One poster board with four pictures of Devils Diciples members | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 324 | One gold colored men's ring with "EK" engraved | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 330 | One gold colored men's ring with "Devils Diciples" engraved, one gold colored men's ring in the form of "44" | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 514 | Casino Poker Machine, Cal Omega (Manufacturer), S/N 800910 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 515 | Draw Poker Machine, Casino Electronics (Manufacturer), Model 327-510, S/N M-2977 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 516 | All American Slot Machine, Bally's (Manufacturer), Model S63U3WT-10, S/N S970518491 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |

| 517 | 777 Slot Machine, Bally's (Manufacturer), Model S65L3CT60, S/N S970316561 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
|---|---|---|---|---|
| 522 | One CPU, HP Model #A720N, s/n 4390W47 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 523 | One CPU, Packard Bell Legend 3540, P/N 890388, S/N N168002246, additional numbers A9404X4A/PBNN61600309 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 525 | One CPU, E-Machine, Model T6412, S/N XRYSA10050300 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 546 | One Devils Diciples gold ring "20 years" and ring box | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 325 | One 9mm black magazine | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 326 | One handgun magazine, black | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 327 | Eleven 9mm rounds | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 328 | Twelve 9mm rounds | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 329 | Miscellaneous ammunition, one bag | 6/18/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
|  | One Ashiba Digital Scale, Model 1625 with case | 3/10/2005, COMET, tot FBI4/18/2005 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 514 | $8.50 removed from Slot Machine in 1B 514 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 517 | $31.00 removed from Slot Machine in 1B 517 | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 520 | FEG/KBI pistol, Model PJK-9HP, S/N G02677, 9mm caliber | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 529 | Two shotgun rounds, one .410-gauge round, forty rounds .45 caliber, magazine with seven rounds of .45 caliber | 11/15/2007 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |

| | | | | |
|---|---|---|---|---|
| 814 | Mossberg Shotgun, Model 500A, S/N J501722, 12-gauge | 2/19/04 (ATF) 2/21/08 (FBI) | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| | Eight each, 9mm Luger Rounds | 3/11/2005 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| | Pistol, Semi Auto, Model 213, 9mm, (made in China) and one magazine | 3/11/2005 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| | Mossberg Shotgun, Model 500A, 12-gauge | 3/11/2005 | Devils Diciples Detroit Club House | 43653 Gratiot Ave, Clinton Twp, MI |
| 609 | Two Bar Slot Machine, Bally's (Manufacturer), Model S63L3WT-10, S/N S940202515 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 610 | Three Bar Slot Machine- Wild Rose, Bally's (Manufacturer), Model S62B3VT-10, S/N S930805443 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 611 | Three Bar Slot Machine - 7 Second Chance, Bally's (Manufacturer), Model S63U3WT10, S/N S950100082 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 612 | Three Bar Slot Machine - Blazing 777, Bally's (Manufacturer), Model S63U3CT-70, S/N S970316959 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 613 | Three Bar Slot Machine - Blazing 777, Bally's (Manufacturer), Model S63BCT-60, S/N S970316552 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 615 | "44" Photo Plaque with one photo | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 616 | "Vern DDMC" picture plaque with one photo | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 617 | Surveillance video monitor and two cameras | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 618 | Devils Diciples photo collage | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |

8

| 625 | Devils Diciples Biker photo collage | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
|---|---|---|---|---|
| 1249 | Black leather vest with "Devil's Diciples" insignia | 7/13/2012 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 603 | Five .380 caliber rounds | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 604 | AMT Pistol, Model Backup, S/N D00709, .380 caliber | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 605 | Winchester Defender Shotgun, S/N L2079329, 12-gauge | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 606 | Seven 12-gauge Winchester shotgun shells | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 607 | One box 12-gauge shotgun shells | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 609 | $169.50 removed from Slot Machine in 1B 609 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 610 | $69.00 removed from Slot Machine in 1B 610 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 611 | $234.00 removed from Slot Machine in 1B 611 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 612 | $74.75 removed from Slot Machine in 1B 612 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 613 | $89.50 removed from Slot Machine in 1B 613 | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 614 | Crossman Air Rifle, Model 140, No S/N .22 caliber | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 620 | One bag containing numerous .357 magnum rounds | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 622 | One 9mm Glock magazine | 11/15/2007 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 983 | Bersa Handgun, Model Thunder 380, S/N 903222, .380 caliber with magazine (1B985) and seven rounds of ammunition (1B984) | 4/1/2009 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 1248 | Ithaca shotgun, Model 37-Featherlight, S/N 371322238, 12-gauge | 7/13/2012 | Devils Diciples Port Huron Club House | 2424 Little Street, Port Huron, MI |
| 873 | Devils Diciples plaque | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 875 | Devils Diciples chrome trophy marked "2006" | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |

| 876 | Devils Diciples street sign | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
|---|---|---|---|---|
| 877 | Devils Diciples Blue Water mirror, wooden | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 878 | Devils Diciples paperwork and photographs | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 879 | Gray duffel bag with two Devils Diciples shirts and Devils Diciples vest with Devils Diciples patches | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 880 | Devils Diciples duffel bag, "Slick Rick" with two Devils Diciples flags and two Devils Diciples tee shirts | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 881 | Eleven framed Devils Diciples pictures, three wooden plaques, medal Devils Diciples emblem, National By-Law and Chapter list | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 882 | Thirteen Devils Diciples plaques | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 884 | Gray crate with Devils Diciples clock, two Devils Diciples tee shirts, numerous Devils Diciples patches, Devils Diciples belt buckle, leather Devils Diciples cup, Devils Diciples headband and Devils Diciples vest with miscellaneous Devils Diciples patches | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 886 | Devils Diciples mug (cracked) | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 888 | F.T.W. patch | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 889 | Two motorcycle helmets with Devils Diciples stickers | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 890 | Two Devils Diciples hats and Devils Diciples stickers | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 891 | One Devils Diciples jacket, nylon | 9/23/2008 | Gary L. Nelson | 172 Bruce, Bay City, MI |
| 708 | One gold Devils Diciples #44 brass plate address book | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 709 | Devils Diciples photos, Devils Diciples patches, and | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |

10

| | Devils Diciples wooden plaque with photo | | | |
|---|---|---|---|---|
| 712 | One gold Devils Diciples #44 brass plate address book | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 715 | Nokia cell phone and charger, Model 5180I, S/N DAD6CF93 | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 969 | Page Plus cell phone with charger, Model VX4400 | 4/1/2009 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 970 | Kyocera cell phone with charger, model number KX414 | 4/1/2009 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 972 | One Devils Diciples belt buckle | 4/1/2009 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 702 | .22 caliber Winchester magnum rounds, (Remington) 14 miscellaneous shotgun shells | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 703 | Various 12-gauge shotgun shells in one box | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 704 | One box of Winchester .38 caliber rounds | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 701 | Harrington and Richardson shotgun, Model Topper 158, S/N AJ263142, 12-gauge | 12/11/2007 | Howard J. Quant | 7064 Oatman, Jeddo, MI |
| 1195 | One US Balance 1000 Digital Scale | 6/8/2012 | Jason J. Cook | 2184 Otis Ave, Warren, MI |
| 1217 | One Leather Devils Diciples vest with miscellaneous Devils Diciples patches and cotton hooded parka | 6/8/2012 | Jason J. Cook | 2184 Otis Ave, Warren, MI |
| 1218 | One set brass knuckles | 6/8/2012 | Jason J. Cook | 2184 Otis Ave, Warren, MI |
| 1214 | One Activ 12-gauge shotgun shell | 6/8/2012 | Jason J. Cook | 2184 Otis Ave, Warren, MI |
| 1215 | One bag of miscellaneous rounds of ammunition, six total | 6/8/2012 | Jason J. Cook | 2184 Otis Ave, Warren, MI |
| 1213 | JC Higgins Sawed Off shotgun, Model 583, 12-gauge | 6/8/2012 | Jason J. Cook | 2184 Otis Ave, Warren, MI |
| 148 | One black leather vest with Devils Diciples patches | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 149 | One black leather vest with Devils Diciples patches | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |

| 152 | Green body armor protective vest | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 153 | One Second Chance model Y2 ballistic vest, SN0830532 | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 159 | One large 44th birthday card with multiple signatures, Devils Diciples | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 160 | One 8.5 x 11.5 framed Devils Diciples membership card | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 162 | One clear plastic zip lock bag containing four knives | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 168 | Devils Diciples memorabilia | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 169 | Black leather vest with Devils Diciples patches | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 170 | Miscellaneous Devils Diciples memorabilia | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 173 | Miscellaneous Devils Diciples patches | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 174 | Fourteen Devils Diciples framed pictures | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 176 | Miscellaneous Devils Diciples patches | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 178 | Miscellaneous Devils Diciples memorabilia | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 181 | Sixteen framed pictures, Sixteen Devils Diciples framed pictures | 6/18/2007 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 895 | Devils Diciples photo and business card | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 898 | One Devils Diciples Ohio shirt | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 900 | Devils Diciples miscellaneous memorabilia | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 903 | Miscellaneous Devils Diciples memorabilia to include four silver colored rings and one Devils Diciples CD | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 904 | One Devils Diciples hat, photos, address books | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 905 | Devils Diciples banners, and photos | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |

| 906 | Devils Diciples round mirror | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 907 | Devils Diciples framed flag | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 908 | Devils Diciples plaque | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 909 | Framed Devils Diciples picture | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 910 | Devils Diciples picture | 9/23/2008 | Jeff G. Smith | 1329 Kingsley, Mt. Clemens MI |
| 1229 | One Devils Diciples black leather vest "Colors" | 7/13/2012 | Jeff G. Smith | 2755 Bamlet, Royal Oak, MI |
| 1233 | One Devils Diciples black leather vest "Colors" | 7/13/2012 | Jeff G. Smith | 2 Roseview, Mt. Clemens, MI |
| 1250 | Raven Arms pistol, Model P25, S/N 387890, .25 caliber | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1251 | Jukar Black Powder Pistol, Model, S/N 0003147 with suede fringe cover | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1252 | Sears Semi-Auto Rifle, Model 25, S/N 583.2501, .22 caliber | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1253 | Mossberg Pump Shot Gun, Model 500A, S/N J906902, 12-gauge | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1254 | 1937 Bolt Action Rifle, S/N 107467 | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1256 | Mossberg Pump shotgun, Model 500A, S/N L601787, 12-gauge | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1257 | Yugoslavia Bolt Action Rifle Model M48, S/N A11318 | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1258 | Connecticut Valley Arms Black Powder Pistol, S/N 0034695, .45 caliber | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1259 | Antonio Zoli Black Powder Rifle, Model 59RA, S/N 9969, .58 caliber | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 1262 | One Magazine for Raven Arms Pistol and six rounds of .25 caliber ammunition | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |

13

| 1255 | M44 Romania Bolt action rifle with bayonet, Model 1954, S/N BH1358 | 7/13/2012 | John C. Scudder | 109 North Street, Yale, MI |
| 582 | One blue Devils Diciples coffee mug | 11/15/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 587 | Devils Diciples plaque, "Bear" | 11/15/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 589 | Photograph of suspected Diciple, one framed Devils Diciples photo | 11/15/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 590 | One Devils Diciples clock | 11/15/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 591 | Wooded Devils Diciples clock | 11/15/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 788 | One Digital Scale, US-500XR, silver in color, blue stripes on the side | 12/11/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 789 | One cell phone, unbranded, silver in color, blue stripes on side, Nokia model 3595, S/N number 0510626JM24TZ; and Motorola tracfone, silver in color, model TFC139B, serial number F32GHG6TV8 | 12/11/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 997 | One Motorola tracfone cellular telephone, black/silver, MSN F62GHE5BKQ, IMEI 354513010730004 | 4/1/2009 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 1000 | Silver lighter with "DDMC" | 4/1/2009 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 783 | $6,470.00 in USC Currency | 12/11/2007 | John R. Riede | 114 North Van Buren, Bay City, MI |
| 22 | Norinco Sporter Assault Rifle, Model SKS, S/N 12219790, 7.62mm with magazines and miscellaneous ammunition | 6/28/05 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |

| 23 | One bin containing miscellaneous boxes of ammunition | 6/28/2005 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
|---|---|---|---|---|
| 24 | SWD-INC Mac-11, 9mm w/ magazines | 6/28/2005 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 353 | Remington Shotgun, Model Wingmaster 870, S/N S665325V, 12-gauge with barrel for Winchester Model 1200, 12-gauge shotgun (1B 54) | 2/19/04 (ATF) 6/18/07 (FBI) | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 372 | One wood fore-stock | | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 373 | One black leather Devils Diciples vest with "property of Iron" patches on the back | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 374 | One Devils Diciples belt, one leather Devils Diciples belt | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 375 | One wallet with Devils Diciples logo with chain attached, leather | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 376 | One Foodsaver, compact vacuum sealer | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 377 | One black leather vest with Devils Diciples patches | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 378 | One black leather vest with Devils Diciples patches, one black leather vest with miscellaneous patches and pins | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 380 | One framed Devils Diciples award with photograph | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 387 | One framed photograph, Devils Diciples | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 388 | Two Devils Diciples logo patches | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 390 | One Devils Diciples trophy for annual poker run | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 804 | Colt Revolver, Trooper Mark III, S/N 16805L, .357 caliber | 2/19/04 (ATF) 2/21/08 (FBI) | Michael Mastromatteo | |

| 805 | Glock Pistol, Model 17, S/N DM075US, 9mm | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | |
| 806 | Shotgun, make and model unknown, S/N 167347, 12-gauge with knife in leather case attached to firearm | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 807 | Remington Rifle, Model 722, S/N 138392 with black gun sight, Universal Gamegetter, S/N RE-12 | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 808 | Mossberg Shotgun, Model 500A, S/N K429784, 12-gauge | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 809 | CBC (Compania Braziliera de Cartuchos) Shotgun, Model 586, S/N 74823, 12-gauge | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | |
| 810 | Winchester Rifle, Model 1917, S/N 442789, .30-06 caliber with black gun sight, Redfield Gun Sight Company, S/N A39146 | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 811 | Remington Arms Company Shotgun, Model Sportsman, S/N 512449, 12-gauge | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 813 | Remington Arms Company Shotgun, Model 870 Express, S/N W886502M, 12-gauge | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | |

| 826 | Glock Handgun, Model 19, S/N SZ500US, 9mm | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | |
| 399 | One Devils Diciples benefit CD | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 400 | Miscellaneous Devils Diciples memorabilia | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 401 | Seven Devils Diciples tee shirts and three Devils Diciples sweatshirts | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 403 | One Pelouze electronic scale | 6/18/2007 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 812 | Unknown shotgun, Model Unknown, no S/N, 12-gauge | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| 442 | One men's ring, silver in color, with "Devil's Diciples" engraved | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 443 | One black leather vest with Devils Diciples patches on the back | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 446 | Miscellaneous Devils Diciples indicia, one Devils Diciples patch and one Devils Diciples brass emblem | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 449 | One Devils Diciples sweatshirt | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 450 | Fifteen Devils Diciples clothing items | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 456 | One Devils Diciples container | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 462 | Nine Devils Diciples patches | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 464 | One Devils Diciples tee shirt | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 465 | One Devils Diciples business card | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |
| 473 | Miscellaneous Devils Diciples patches | 6/18/2007 | Michael J. Palazzolo | 7888 Ruby, Utica, MI |

| 1225 | Smith & Wesson Handgun, Model 638-3, .38 caliber | 7/13/2012 | Michael K. Rich | 1500 Hanna Ave, Anniston, AL |
| 1226 | Llama pistol, Model 1911, S/N 08951-95, .45 caliber | 7/13/2012 | Michael K. Rich | 1500 Hanna Ave, Anniston, AL |
| 1227 | Rohm Rifle, Model RG1022, .22 caliber | 7/13/2012 | Michael K. Rich | 1500 Hanna Ave, Anniston, AL |
| 1228 | Hi-Point Rifle, Model 995, S/N B63752, 9mm | 7/13/2012 | Michael K. Rich | 1500 Hanna Ave, Anniston, AL |
| 417 | One men's ring, gold in color, with "Devil's Diciples" engraved | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 418 | One black leather Devils Diciples vest with miscellaneous Devils Diciples patches and pins | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 419 | One black leather Devils Diciples vest with miscellaneous Devils Diciples patches | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 420 | One Devils Diciples wooden clock | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 421 | One Devils Diciples belt, one Devils Diciples leather belt | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 422 | Miscellaneous Devils Diciples memorabilia | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 424 | One Devils Diciples refrigerator magnet | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 425 | Two Devils Diciples plaques | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 426 | One Devils Diciples baseball cap | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 427 | One framed picture of Devils Diciples members | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 428 | One photograph of two Devils Diciples members | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 434 | Miscellaneous Devils Diciples patches | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |

| 435 | One black leather vest with patches removed, contains one gold emblem | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
|-----|-----|-----|-----|-----|
| 436 | Three Devils Diciples tee shirts | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 437 | Four Devils Diciples tee shirts | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 438 | One Devils Diciples tee shirt | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 439 | One Devils Diciples sweatshirt | 6/18/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 833 | Two Devils Diciples hats and miscellaneous Devils Diciples patches | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 834 | Eleven photos depicting Devils Diciples and three frames | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 838 | Wood pill box with Devils Diciples symbol | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 839 | Black metal throwing star, one long knife with brown leather sheath, one black metal "Batman" knuckle blade and one black switchblade (non-auto) | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 840 | Blue "44" ball cap and white Devils Diciples tee shirt | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 842 | Devils Diciples calendar with picture and Devils Diciples photo album | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 845 | Devils Diciples tee shirt, dark blue | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 846 | Framed photo with Devils Diciples individuals | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 870 | Framed photo of Devils Diciples members | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |

| 871 | Three Devils Diciples vests with miscellaneous Devils Diciples patches and pins and four Devils Diciples tee shirts | 9/23/2008 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
|---|---|---|---|---|
| 872 | Dell Dimension L600CX PC, Model MCM, S/N DHDB701 | 9/23/2007 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 967 | Black Samsung cell phone, serial number A437GSMH, model numberSGHA437 | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 968 | One silver Motorola flip phone, S/N SJUG3695BB | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 973 | One Motorola cell phone, S/N SJUG2147DK | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 976 | Verizon LG cell phone, S/N 706CYYQ2440332; Motorola cell phone, S/N SJUG1040EE | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 977 | Silver Audivox cell phone with cord, model number CDM8610VM, S/N 6100016478 | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 982 | One Sprint cell phone, touch, rubber case | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 987 | One Nokia cell phone, model 2135, S/N QMARH108 | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
|  | One silver Metro PCS | 4/1/2009 | Paul A. Darrah | 21655 23 Mile Road, Macomb Twp, MI |
| 1015 | New England Firearms Rifle, Model Huntsman, S/N NT359650, .50 caliber, with black Bushnell scope, ammunition, and black cloth case | 7/8/2009 | Paula M. Frisconi | Surrendered at MCRA |
| 799 | FN Herstal Pistol, Model WaA140, S/N 41413a, .32 caliber | 2/19/04 (ATF)  6/18/07 (FBI) | Ronald N. Preletz | 20114 Macel, Roseville, MI |

| 801 | Ruger Handgun, Model Security Six, S/N 151-89512, .357 magnum caliber | 2/19/04 (ATF)<br><br>6/18/07 (FBI) | Ronald N. Preletz | 20114 Macel, Roseville, MI |
|---|---|---|---|---|
| 802 | Savage Westernfield Rifle, Model SB836, .22 caliber | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 803 | Savage Arms Stevens Shotgun, Model 311, S/N 5100, 12-gauge | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 822 | F.N. (FN Herstal) Pistol, S/N 56646, .32 caliber | 2/19/04 (ATF)<br><br>2/21/08 (FBI) | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 186 | One 17 x 21 brown frame with Devils Diciples memorabilia | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 187 | One Devils Diciples plaque with photo | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 188 | One mirror with Devils Diciples logo and name "Polar Bear" | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 189 | One mirror with Devils Diciples logo | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 190 | One 10 x 13 clock with a Devils Diciples logo on its face | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 191 | One 12 x 15 frame containing certificate of award presented to Polar Bear | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 196 | Miscellaneous Devils Diciples memorabilia to include patches and address book | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 207 | One Devils Diciples leather vest with miscellaneous patches and pins | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |

2:11-cr-20129-RHC-MAR   Doc # 1033   Filed 10/09/14   Pg 22 of 33   Pg ID 5006

| 208 | One Devils Diciples leather vest with various Devils Diciples patches and pins | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
|---|---|---|---|---|
| 209 | One black leather Devils Diciples vest with Devils Diciples pins and "Property of Polar Bear" patches | 6/18/2007 | Ronald N. Preletz | 20114 Macel, Roseville, MI |
| 1080 | Mossberg Shotgun Model C-Lect-Choke, S/N J462510, 12-gauge with five shells of 12-gauge shotgun ammunition | 3/29/2011 | Ronald R. Roberts | 17378 Dresden, Detroit |
| 1082 | Five rounds of 12-gauge shotgun ammunition | 3/29/2011 | Ronald R. Roberts | 17378 Dresden, Detroit |
| 1290 | One small black digital scale | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1295 | Vest reflecting Devils Diciples "colors" | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1310 | One black King Cobra Tazer | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1263 | Astra Double Barrel Shotgun, Model Bounty Hunter, S/N 19-03-041-98, 12-gauge | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1264 | Two 12-gauge shotgun shells removed from 12-gauge Astra Shotgun (1B 263) | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1265 | Glock Pistol, Model 17, S/N XE743, 9mm | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1266 | One Magazine for Glock, Model 17 | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1267 | Fourteen Rounds of 9mm ammunition removed from 9mm Glock handgun (1B 1265) | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1268 | Smith & Wesson Revolver, Model 642-2 Airweight, S/N CHA4576, .38 caliber | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1269 | Four .38 caliber rounds removed from Smith & Wesson Revolver (1B 268) | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1270 | Stevens Rifle, Model 66, no S/N, .22 caliber | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1271 | Partial box of Winchester 0.22 rounds | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |

| 1272 | Nineteen Rounds of unknown caliber ammunition in zip lock bag | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
|---|---|---|---|---|
| 1273 | Two Boxes of Remington .44 caliber ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1274 | Two Boxes of Remington .44 caliber ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1275 | One box of Wolf .223 caliber ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1276 | One .22 caliber Magazine | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1278 | Ten rounds of .40 caliber ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1279 | Nine Winchester .308 caliber rounds | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1286 | Five 7.62 x 39mm rounds ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1287 | One Magazine | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1288 | Seven .45 caliber rounds ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1294 | Miscellaneous ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1296 | One box containing five boxes HSM 0.44 mag rounds | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1297 | Bag containing numerous rounds of miscellaneous ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1298 | Bag containing numerous rounds of miscellaneous ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1299 | Three 20-gauge Remington slugs | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1304 | Miscellaneous ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1305 | Gun components: banana clip, three magazines, rear gun sight | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1308 | Two Magazines | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1309 | Three boxes of Wolf 9mm luger ammunition (50 cartridges each) and two bullets | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |

| 1323 | Ammunition can containing sixteen boxes of 7.62 x 39mm ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
|------|-------------------------------------------------------------------|-----------|---------------------|------------------------------|
| 1324 | Ammunition can containing sixteen boxes of 7.62 x 39mm ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1325 | Ammunition can containing five unopened boxes of unknown ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1326 | Ammunition can containing fourteen boxes of 7.62 x 39mm ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1327 | Ammunition can containing six unopened boxes of ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1328 | Ammunition can containing thirteen boxes of 7.62 x 39mm ammunition | 6/25/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1331 | Mossberg, shotgun, Model 590, S/N L724664, 12-gauge and seven 12-gauge shotgun shells (1B 1330) | 7/13/2012 | Salvatore Battaglia | 3455 Kilgore Road, Avoca, MI |
| 1077 | Llama Parabellum, semi-automatic pistol, S/N B44382, 9mm | 3/29/2011 | Scott W. Sutherland | |
| 1084 | Twenty-nine rounds of 0.223 ammunition | 3/29/2011 | Scott W. Sutherland | |
| 1081 | Bushmaster XM 15-E25 Rifle, S/N L206664 with magazine (1B 1083), .223 caliber, with black White Tail 30MM sight, S/N 800836 | 3/29/2011 | Scott W. Sutherland | |
| 1036 | Harley Davidson, Blue, VIN: 1HD1BKL16JY015666, Lic. Plate: T187A | 3/9/2010 | Shane Dinger & John R. Riede | 9309 Webb Road, Goodells, MI |
| 1118 | Vest, one black leather jacket, children's | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1120 | Vest labeled "SA", one black vest with Devils Diciples patches and pins | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1122 | Devils Diciples business card | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |

| 1124 | Devils Diciples photo | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
|------|------|------|------|------|
| 1128 | Patches, one leather vest with miscellaneous Black Label Society patches | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1131 | Scale, AWS digital scale | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1132 | Silver and brass colored knife | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1133 | Colors for "Magnificent Motorcycle Club", one black leather vest with miscellaneous patches | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1134 | Photographs of Devils Diciples members | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1135 | Devils Diciples National by-laws, laminated | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1137 | Plastic gun labeled KWC | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1138 | Knife in sheath, one black and silver knife in a black sheath | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1140 | Knife in a box, one yellow and gold knife | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1141 | Knife in carrier, one CRKT black and silver serrated knife | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1123 | Two Remington 20-gauge shotgun shells | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 1139 | Magnum Shotgun, Model 120, S/N A38617, 12-gauge | 1/18/2012 | Smiley Villa | 11105 Roanne, Fair Haven, MI |
| 928 | 35th anniversary Devils Diciples medallion, "Big Daddy and Baby Girl" Devils Diciples photo | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 929 | Devils Diciples silver ornament | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 930 | Seven Devils Diciples tee shirts | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 931 | Devils Diciples miscellaneous items, one black leather case, one Devils Diciples cup holder | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |

|  |  |  |  |  |
|---|---|---|---|---|
|  | and one Devils Diciples knit hat |  |  |  |
| 932 | Devils Diciples patch | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 936 | Five cell phones: (1) T Mobile Blackberry with case, Model 7105t, S/N CE0168; (2) One Nokia cell phone, Model 1600, S/N 0532765F007r1; (3) One Verizon LG cell phone, Model VX3300, S/N 507CYGW0711935; (4) One T Mobile Motorola cell phone, Model 610214611765, S/N D54EFSZK51; (5) One T Mobile cell phone, Model Exca100(HTC), S/N SZ712FE03465 with leather case | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 937 | MC Devils Diciples patch, FTW Devils Diciples patch, Devils Diciples magnet, Devils Diciples coffee cup (broken handle), Devils Diciples tee shirt | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 938 | Devils Diciples sweatshirt and Devils Diciple tee shirt | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 939 | Devils Diciples vest with miscellaneous Devils Diciples patches | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 940 | Picture of Devils Diciples 2006, picture of Devils Diciples 2006, drawing of Devils Diciples Forever, wooden emblem of Devils Diciples Michigan | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 941 | One black and tan knife in cloth container | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 946 | Three Devils Diciples hats | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, |

| | | | | MI |
|---|---|---|---|---|
| 948 | One Dell CPU, Serial number CN0C31527082141C2KL, Model number MTC2 | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 949 | Bally's Slot Machine Wild Rose, Model S62M3CT-10, S/N S960403714 and one flamingo casino token | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 950 | Panic Saurus Slot Machine, Yamasaki Limited (Manufacturer), no visible S/N and 55 tokens from machine | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 951 | One silver colored "DD" ring | 10/30/2008 | Timothy P. Downs | 49618 Octavia Chesterfield Twp, MI |
| 61 | Colt Handgun, Model Government Pocket Lite, S/N GP18438, .380 caliber | 3/10/02 (Taylor/DEA)  2/13/07 (FBI) | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 62 | Two Colt 0.380 auto magazines | 3/10/02 (Taylor/DEA)  2/13/07 (FBI) | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 63 | Fourteen total, 0.380 handgun rounds | 3/10/02 (Taylor/DEA)  2/13/07 (FBI) | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 64 | One 9mm handgun magazine | 3/10/02 (Taylor/DEA)  2/13/07 (FBI) | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 65 | Sixteen total, 9mm handgun rounds | 3/10/02 (Taylor/DEA)  2/13/07 (FBI) | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |

| 66 | Seven Devils Diciples t-shirts | 2/13/2007 | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
|----|---|---|---|---|
| 67 | One black leather belt with "M" "C" | 2/13/2007 | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 68 | Devils Diciples Vest/Colors with miscellaneous patches and pins | 2/13/2007 | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 70 | One Devils Diciples Hat, one Devils Diciples shirt | 2/13/2007 | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 71 | One Cingular Ericsson Cellular Phone, Model R278d, S/N TF5012804R | 2/13/2007 | Tony W. Kitchens & Cary D. VanDiver | Traffic Stop, Taylor, MI |
| 119 | Ruger Revolver, Model Blackhawk, S/N 41-23464, .41 caliber | 5/15/2007 | Devils Diciples Tucson Clubhouse | 4502 E. Benson Highway, Tucson, Arizona |
| 132 | Two 9mm Magazines, 30 round capacity | 5/15/2007 | Devils Diciples Tucson Clubhouse | 4502 E. Benson Highway, Tucson, Arizona |
| 82 | Harrington & Richardson Rifle, Model 65 H&R Reising, S/N 5649, .22 caliber and magazine with leather case | 3/11/2005 | Vernon N. Rich | 6144 Lapeer Road, Clyde, Michigan |
| 83 | Remington Shotgun, Model 870 Express, S/N X197084M, 12-gauge with green cloth case | 3/11/2005 | Vernon N. Rich | 6144 Lapeer Road, Clyde, Michigan |
| 84 | Richland Arms black powder revolver, Model Texas New Army, S/N 3453, .44 caliber | 3/11/2005 | Vernon N. Rich | 6144 Lapeer Road, Clyde, Michigan |
| 85 | One green ammunition box containing miscellaneous ammunition | 3/29/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 641 | One round, one 0.32 auto RP round | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 648 | One box 0.357 mag rounds, one 0.357 mag round | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 652 | Remington Shotgun, Model 1100, S/N 229361X, .20 caliber | 11/15/2007 | Vernon N. Rich | |
| 653 | Two shotgun shells, two 12-gauge shotgun shells | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |

28

| 671 | $91.75 removed from Slot Machine in 1B 671 | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 672 | $0.25 removed from Slot Machine in 1B 672 | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 673 | $0.25 removed from Slot Machine in 1B 673 | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 676 | Miscellaneous ammunition, one box | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 764 | One 0.357 mag round and one red shotgun round | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 773 | One 0.38 special round, 13 9mm luger rounds, one 12-gauge shotgun rounds | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 646 | One Devils Diciples plaque with photo | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 655 | Blue jeans with Devils Diciples belt buckle | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 659 | Thumb drives, Lexar, S/N 327080 and Dane-Elec1GB | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 660 | Compaq Presario Computer, S/N CNH6254435, Marking "support your local 44" | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 671 | Malibu Doubles Slot Machine, Model SG-32B, Sigma Game Inc. (Manufacturer), S/N 023001418 | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 672 | High Roller Slot Machine, Sigma Game (Manufacturer), no model, no S/N | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 673 | Double Fortune Slot Machine (Soaring Eagle Gaming Property ID Tag #102511), Universal Brand | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 674 | Plastic "Stack On" tool box with miscellaneous slot machine parts inside | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 677 | Digital scale, USN-250 digital scale | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 762 | One Motorola cell phone, S/N 364YFS1N8D, Model I530 | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |

| 770 | One SanDisk memory stick duo adapter number 209000125 | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
|-----|-----|-----|-----|-----|
| 777 | One Motorola cell phone, Model I530, S/N 364VFLBLON, with charger | 12/11/2007 | Vernon N. Rich | |
| 779 | One silver LG cell phone, Model G4015, S/N 509KPSL627422 | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 781 | Black Motorola cell phone, S/N 364VGQKYRT, model I415 | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 782 | One silver Motorola cell phone, S/N 364KGE1CB3 | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 793 | 1995 Harley Davidson, VIN: 1HD1DJL12SY506886; Lic. Plate: K193Z | 12/11/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 988 | Motorola Boost cell phone | 4/1/2009 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| | 1972 Harley Davidson, VIN: 4A18044H2, Lic. Plate: M637D | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| | 1994 Harley Davidson, VIN: 1HD4CFM1XRY206275, Lic. Plate: Q276P | 11/15/2007 | Vernon N. Rich | 5555 Flinchbaugh, Kimball Twp, MI |
| 38 | Smith and Wesson Magnum handgun, Model 629, S/N N912460, .44 caliber with six .44 caliber rounds | 6/17/04 (SCCDTF) 1/11/06 (FBI) | Victor C. Castano | |
| 953 | One sealed bag containing three men's gold colored rings, one silver colored men's ring, one gold colored pendant (all Devils Diciples related) | 2/19/2004 | Michael Mastromatteo | |
| | Sentry, Model 1170 safe, No. T196490 | 6/28/2005 | Michael Mastromatteo | 11 Parkview, Mt. Clemens, MI |
| | One black leather vest with miscellaneous Devils Diciples patches | 11/15/2007 | | |

## REAL PROPERTY

- Real Property located at 2424 Little Street, Port Huron, St. Clair County,

Michigan, and being more fully described as:

> N 1/2 LOT 147 EX E 10' & LOT 148, 149, 150
> ASSESSOR'S MILITARY ST PLAT NO 3

Parcel ID: 06-151-0059-000

- Real Property located at 43653 Gratiot, Clinton Township, Macomb County,

Michigan  and being more fully described as:

Town 2 North, Range 13 East, Private Claims 141 and 626, described as commencing at the intersection of the centerline of Old Gratiot Avenue and South line of Fractional Sec. 1, Town 2 North, Range 13 East; thence South 21 degrees 15 minutes West 2024.24 feet to a point of beginning; thence South 21 degrees 15 minutes West 110 ft along the centerline of Old Gratiot Ave.; thence North 83 degrees 43 minutes West 1303.5 ft; thence North 21 degrees 18 minutes East 136.33 ft; thence South 82 degrees 38 minutes East 1296.45 ft to a point of beginning, and containing 3.54 acres of land, more or less.  Subject to the rights of the public and of any governmental unit in any part thereof taken, used or deeded for street, road or highway purposes.

Parcel ID: 11-01-355-004

## WEBSITES

- www.devilsdiciples.org
- www.devilsdiciplesmc.us
- http://devilsdiciples.tripod.com
- www.facebook.com/pages/Devils-Diciples/138240809533008
- https://www.facebook.com/pages/Devils-Diciples-Port-Huron/180687321995079
- http://www.cafepress.com/4444444444

31

## OTHER

- The trade mark / word mark / service mark, an example of which is attached hereto as Exhibit A (Registration Number 4574783), issued to Devils Diciples MC.  The mark consists of an upper arc framing the words "DEVILS DICIPLES", a design with two crossed pitch forks over a spoked wheel, and the letters "MC", purportedly for use in commerce to indicate membership in an organization of motorcycle riders;

- the word mark "Devils Diciples MC";

- Devils Diciples Motorcycle Club "Colors" including but not limited to center wheel, vests, pins and patches.

<div align="center" style="margin-left:auto">

BARBARA L. McQUADE
United States Attorney


s/ Linda Aouate
LINDA AOUATE (P-70693)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313) 226-9587
Linda.aouate@usdoj.gov

</div>

Dated: October 9, 2014